

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, April 21, 2015

No. 04-14-00699-CR

Jerimiah **BAREFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6188A
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file the brief is GRANTED. Appellant's brief is due on **May 13, 2015. No further extensions will granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2015.

_____
Keith E. Hottle
Clerk of Court